IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:19-cv-00162-MR

| | |
|---|---|
| VAN BRETT PIERRE WATKINS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DERRICK COPELAND, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | ORDER |

This matter came before the undersigned on January 10, 2023 for a judicial settlement conference.

When the conference was scheduled to begin, defense counsel Shelby Boykin appeared. Ms. Boykin reported that her office had transmitted a copy of the undersigned's December 5, 2022 Order and other information concerning the logistics of the settlement conference to the facility where Plaintiff is currently located.

Ms. Boykin further advised that Defendants have discovered additional video evidence that has not been produced to Plaintiff. Ms. Boykin stated that her office was in the process of having a copy of this footage sent to Plaintiff and requested that the settlement conference be continued so that Plaintiff could be given an opportunity to review the additional evidence before engaging in settlement negotiations. Under these circumstances, the

undersigned advised Ms. Boykin that the settlement conference would be continued for approximately 30 days.

Sometime later, Plaintiff connected to the conference line, and the undersigned advised him of these developments.

**IT IS THEREFORE ORDERED** that the judicial settlement conference is **RESCHEDULED** for **Thursday, February 9, 2023 from 9:30 AM to 11:30 AM**. The conference will be conducted in the same manner as described in the December 5, 2022 Order. Defense counsel is directed to ensure that the Warden and/or Plaintiff's case manager at Plaintiff's present location receive(s) notice of this continuance, including any necessary call-in information and a copy of this Order.

Signed: January 10, 2023

W. Carleton Metcalf
United States Magistrate Judge