# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Van Brett Pierre Watkins, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 5:19-cv-00162-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| Derrick Copeland, et al, | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 29, 2024 Order.

March 29, 2024

Katherine Hord Simon, Clerk
United States District Court